UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jeffery Lee Sable, Esquire,<br>    Petitioner,<br><br>Gloria A. Carter,<br>    Plaintiff,<br><br>  v.<br><br>Jo Anne Barnhart,<br>Commissioner of Social Security,<br>    Defendant. | C/A No. 3:03-3867-GRA-JRM<br><br>ORDER |

  Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Plaintiff's attorney seeks $3,835.46 in attorney's fees for 25.50 hours at $150.41 per hour. The government has responded to the petition with an objection to paying Plaintiff's attorney for 1.25 hours of clerical time. Plaintiff's attorney has not responded to that objection.

  After a review of the record and Plaintiff's attorney's petition, this Court finds that an award of attorney's fees and costs in the amount requested minus the 1.25 hours of clerical time is appropriate.

  IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded three thousand, six hundred and forty-seven dollars and 44 cents ($3,647.44) in attorney's fees.

  IT IS SO ORDERED.

                 /s/G. Ross Anderson, Jr.
                 G. ROSS ANDERSON, JR.
Anderson, South Carolina       UNITED STATES DISTRICT JUDGE
May 4, 2005